## UNITED STATES of America, Plaintiff–Appellee,

v.

## Demetrius Carl PHILLIPS, Defendant–Appellant.

### No. 06–13484
### Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 13, 2007.

E. Bryan Wilson, Tallahassee, FL, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Kafahni Nkrumah, Pensacola, FL, for Defendant–Appellant.

Before BIRCH, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Demetrius Carl Phillips in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and